**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6988**

---

MICHAEL WILLIAM LEARY,

Petitioner - Appellant,

versus

SEWALL B. SMITH; ATTORNEY GENERAL OF THE STATE
OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CA-
96-2622-DKC)

---

Submitted: November 12, 1997        Decided: November 26, 1997

---

Before HALL and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit
Judge.

---

Dismissed by unpublished per curiam opinion.

---

Michael William Leary, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Annabelle Louise Lisic, OFFICE OF THE ATTORNEY
GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Leary v. Smith, No. CA-96-2622-DKC (D. Md. July 2, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2